CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 02 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| NETTAX, LLC, | : |
| Plaintiff, | : |
| v. | : |
| POLLO WEST CORPORATION | : Case Number: 4:23CV00019 |
| Defendant. | : |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Pollo West Corporation, hereby files this Notice of Removal of the above-entitled civil action, now pending in the Virginia Circuit Court for the City of Martinsville, Case No. CL23000216-00, to the United States District Court for the Western District of Virginia, Danville Division. In support of removal, Defendant states as follows:

### Facts Giving Rise to Jurisdiction

1. Plaintiff commenced this civil action in the Circuit Court for the City of Martinsville against the Defendant. Ex. 1, Pl's. Compl. This action is based on an alleged breach of contract for the alleged failure to pay certain compensation owed by Defendant to Plaintiff. Ex. 1.

2. Plaintiff's complaint seeks damages in the amount of $454,747.25, plus interest, costs, expenses, and attorney's fees.

3. Upon information and belief, and as alleged, Plaintiff is a Virginia limited liability company with its principal place of business located in the City of Martinsville, Virginia. Ex. 1, par. 1.

4. Upon further information and belief, none of Plaintiff's members is a resident of or has its principal place of business in the State of California.

5. Defendant Pollo West Corporation is a California corporation with its principal place of business in Agoura Hills, California. Ex. 1, par. 2.

## Legal Bases for Jurisdiction

6. Removal of this action is proper under 28 U.S.C. § 1441(b) based on complete diversity of citizenship, as set forth in paragraphs 3-5 above, and incorporated herein. As such, complete diversity exists under 28 U.S.C. § 1332(a).

7. Plaintiff seeks damage in excess of $454,000, as set forth in paragraph 2 above, and incorporated herein. Accordingly, the amount in controversy exceeds the statutory threshold of $75,000.00. 28 U.S.C. § 1332(a).

8. Removal to this Honorable Court is proper as the Circuit Court for the City of Martinsville is located within the Western District of Virginia, Danville Division. 28 U.S.C. § 1441(a).

9. Plaintiff's summons and complaint in this action were served on Defendant Pollo West Corporation on July 13, 2023. Accordingly, this Notice of Removal is filed timely under 28 U.S.C. § 1446(b)(1).

WHEREAS, Defendant Pollo West Corporation respectfully requests that this action proceed in this Court as an action properly removed hereto.

Dated: August 2, 2023

Respectfully submitted,

*/s/ Eric P. Burns*
Eric P. Burns, VSB# 76554
NOVA Business Law Group, LLP
4151 Chain Bridge Road
Fairfax, Virginia 22030
(703) 766-8081
(703) 766-8085 (Facsimile)
eburns@novablg.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all counsel of record via electronic mail on this 2nd day of August 2023, including:

      William L. Kirby, III
      Daniel, Medley, & Kirby, P.C.
      106 E. Main Street, Second Floor
      P.O. Box 1192
      Martinsville, VA 24114
      wkirby@dmklawfirm.com
      *Counsel for Plaintiff*

      Wayland E. Hundley
      Dominion General Counsel, PC
      2505 Kensington Ave
      Richmond, VA 23220
      P.O. Box 14568
      Richmond, VA 23221
      whundley@dominiongc.com
      *Counsel for Plaintiff*

      */s/ Eric P. Burns*
      Eric P. Burns, VSB# 76554
      NOVA Business Law Group, LLP
      4151 Chain Bridge Road
      Fairfax, Virginia 22030
      (703) 766-8081
      (703) 766-8085 (Facsimile)
      eburns@novablg.com
      *Counsel for Defendant*